IN THE SUPREME COURT OF THE STATE OF DELAWARE

LARRY SAUNDERS,                     §
                                    § No. 319, 2025
   Defendant Below,             §
   Appellant,                   § Court Below—Superior Court
                                    § of the State of Delaware
   v.                           §
                                    § Crim. ID No. 2109011647 (N)
STATE OF DELAWARE,                  §
                                    §
   Appellee.                    §

Submitted: September 2, 2025
Decided:   October 30, 2025

Before **SEITZ**, Chief Justice; **LEGROW** and **GRIFFITHS**, Justices.

## <u>ORDER</u>

After careful consideration of the appellant's opening brief, the State's motion to affirm, and the record on appeal, we conclude that the judgment below should be affirmed on the basis of the Superior Court's memorandum opinion dated June 19, 2025. The Superior Court had personal and subject matter jurisdiction in this criminal case, and the appellant's argument that counsel's failure to challenge the court's jurisdiction deprived him of effective assistance of counsel or rendered his guilty plea involuntary is meritless.

NOW, THEREFORE, IT IS ORDERED that the motion to affirm is GRANTED and the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice